UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN STONEMAN,

       Plaintiff,

                                  Case No. 12-15334

v.

                                  Hon. Patrick J. Duggan

THE PAUL REVERE LIFE INSURANCE
COMPANY,

       Defendant.
_____/

## **JUDGMENT**

Plaintiff Martin Stoneman initiated this action against Defendant The Paul Revere Life Insurance Company on December 5, 2012, raising a single breach of contract claim in connection with a disability income insurance policy and rider (collectively, the "Policy") that Plaintiff purchased from Defendant. The parties subsequently filed cross motions for summary judgment pursuant to Federal Rule of Civil Procedure 56. Having determined that Plaintiff is totally disabled and therefore entitled to lifetime disability benefits pursuant to the Policy, the Court denied Defendant's Motion for Summary Judgment and granted Plaintiff's Motion for Summary Judgment in an Opinion and Order dated December 20, 2013.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of Plaintiff Martin Stoneman and against Defendant The Paul Revere Life Insurance Company as follows:

1. Plaintiff is totally disabled within the meaning of the Policy at issue in this case, and Defendant shall pay total disability benefits to Plaintiff in the monthly amount of $17,060.50 for the remainder of Plaintiff's life so long as Plaintiff remains totally disabled during his lifetime.

2. Regarding the principal amount of benefits due to Plaintiff for the period from when he turned age 65 on August 10, 2012 through January 1, 2014, Defendant shall pay to Plaintiff the sum of $284,910.35.

3. Regarding the prejudment interest on the amount set forth in paragraph 2 above (computed to January 24, 2014), Defendant shall pay to Plaintiff the sum of $3,774.08.

4. Regarding 12% interest due to Plaintiff pursuant to Michigan Compiled Laws § 500.2006(4) on the monthly payments due to Plaintiff for the period August 10, 2012 through January 24, 2014 Defendant shall pay to Plaintiff the sum of $24,700.68.

5. Post-Judgment interest and the 12% interest provided in Michigan Compiled Laws § 500.2006(4) shall continue to accrue on any sums not paid by January 25, 2014.

Date:  January 24, 2014

s/PATRICK J. DUGGAN<br>UNITED STATES DISTRICT JUDGE

Copies to:

**Michael T. Price, Esq.**
**Keefe A. Brooks, Esq.**
**K. Scott Hamilton, Esq.**