# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 02, 2014

Mr. Keefe A. Brooks
Brooks, Wilkins, Sharkey & Turco
401 S. Old Woodward Road
Suite 400
Birmingham, MI 48009

Mr. K. Scott Hamilton
Dickinson Wright
500 Woodward Avenue
Suite 4000
Detroit, MI 48226

Re: Case No. 14-1231, *Martin Stoneman v. The Paul Revere Life Ins*
Originating Case No. : 2:12-cv-15334

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Cheryl Borkowski
Case Manager
Direct Dial No. 513-564-7035

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 14-1231

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

MARTIN STONEMAN

       Plaintiff - Appellee

v.

THE PAUL REVERE LIFE INSURANCE COMPANY

       Defendant - Appellant

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

       **ENTERED PURSUANT TO RULE 45(a),**
       **RULES OF THE SIXTH CIRCUIT**
       Deborah S. Hunt, Clerk

Issued: May 02, 2014